**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1460**

_____

JEREMIAH HENDERSON,

Plaintiff - Appellant,

versus

JAMES V. DOSS, III,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, District Judge.  (6:07-cv-00006-nkm)

_____

Submitted:  October 18, 2007        Decided:  October 22, 2007

_____

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeremiah Henderson, Appellant Pro Se.  Thomas A. Leggette, LEGGETTE LAW FIRM, PLC, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremiah Henderson appeals from the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Henderson v. Doss</u>, No. 6:07-cv-00006-nkm (W.D. Va. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>